[S. F. No. 8693.   In Bank.—April 10, 1918.]

In the Matter of the Estate of MARY ELIZABETH TUR-
NER, Deceased; HERBERT S. HERRICK, Petitioner.

PROHIBITION—GROUND FOR WRIT.—Prohibition runs only against excess
of jurisdiction on the part of the tribunal whose proceedings are
sought to be arrested.

APPLICATION for a Writ of Prohibition directed to the
Superior Court of the City and County of San Francisco.

The facts are stated in the opinion of the court.

Herbert S. Herrick, *in pro. per.*, for Petitioner.

THE COURT.—Petition for a writ of prohibition.

Prohibition runs only against *excess of jurisdiction* on the
part of the tribunal whose proceedings are sought to be ar-
rested thereby.   No showing whatever of excess of jurisdic-
tion on the part of the superior court of the city and county
of San Francisco is made by the petitioner.

The petition filed herein contains much matter that is
absolutely immaterial in view of the nature of the applica-
tion, impertinent and scandalous.   Certainly this is true of
all of paragraphs 24 to and including paragraph 30 thereof.

It is ordered that paragraphs 24 to and including para-
graph 30 be, and the same are hereby, stricken from the peti-
tion, and that the petition be, and the same is hereby, denied.